No. 694.   IN RE RINES, ADMINISTRATOR.   Appeal from the Supreme Judicial Court of Massachusetts.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *David Rines* and *Robert H. Rines* for appellant.   *Melville F. Weston* for appellees.

No. 701.   PENNSYLVANIA *v.* BUDD COMPANY ET AL. Appeal from the Supreme Court of Pennsylvania, Middle District.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for failure to properly present a federal question.   As to questions not subject to review by appeal, the papers whereon the appeal was taken are treated as a petition for writ of certiorari and certiorari is denied for the reason that the judgments rest on adequate state grounds.   *Herbert B. Cohen,* Attorney General of Pennsylvania, and *George W. Keitel* and *Howell C. Mette,* Deputy Attorneys General, for appellant. *Henry S. Drinker, Leslie M. Swope* and *James J. Dougherty* for the Budd Company, and *Charles E. Kenworthey* and *Roy J. Keefer* for the Westinghouse Electric Corporation, appellees.

No. 11, Original.   MISSISSIPPI *v.* LOUISIANA.   This case is set for hearing on Monday, October 10, next, on the exceptions to the report of the Special Master.   The brief of the State of Louisiana is to be filed on or before August 25 and that of the State of Mississippi 30 days after service of brief of the State of Louisiana.